FILED

2016 Apr-04  PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN C. SMITH, as conservator for Brandon Jeffries, a minor,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **Case No. 5:15-cv-02200-CLS** |
| **LAINIE ALEXANDER and MIKE KEY,** | ) ) ) ) | |
| **Defendants.** | ) | |

### ORDER OF REMAND

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is ORDERED that the referenced action be, and the same hereby is, remanded to the Circuit Court of Cullman County, Alabama, from which it was removed. The motions to dismiss filed by defendants[1] are DENIED as moot. Defendants' attorneys are ORDERED to pay the attorney for plaintiff a reasonable amount for the expenses and attorney fees occasioned by the necessity to oppose this removal, not to exceed $750.00. The Clerk of Court is directed to send a certified copy of this Order of Remand to the state court clerk, and to close this file.

---

[1] *See* doc. nos. 2, 3.

**DONE** and **ORDERED** this 4th day of April, 2016.

United States District Judge